# IN THE SUPREME COURT OF THE STATE OF NEVADA

TANISHA R. GARRISON,
Appellant,
vs.
TERRY PETERSON,
Respondent.

No. 76135

**FILED**

SEP 18 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on June 19, 2018, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. On June 20, 2018, the notice was returned by the United States Postal Service for lack of a sufficient address. On July 16, 2018, the court received documents from appellant with an updated address. On July 17, 2018, the court reissued the notice to pay the filing fee to the updated address. A case note was added that appellant contacted this court on August 13, 2018, indicating that she would submit documentation regarding the filing fee to the district court. To date, appellant has not paid the filing fee or otherwise responded to this court. Accordingly, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: *Elizabeth A B*

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

18-36444

cc:   Hon. Bill Henderson, District Judge, Family Court Division
Tanisha R. Garrison
Terry Peterson
Eighth District Court Clerk